June 13, 2008

Mr. Stewart Kelvin Smith
Attorney at Law
2110 Walnut Hill Lane, Ste. 200
Irving, TX 75038

Mr. Douglas R. Hafer
Curnutt & Hafer, LLP
101 East Park Row
Arlington, TX 76010
Ms. Hilaree A. Casada
Hermes Sargent Bates
901 Main Street, Suite 5200
Dallas, TX 75202

RE: Case Number: 06-0755
 Court of Appeals Number: 05-04-01717-CV
 Trial Court Number: 03-10936

Style: FRYMIRE ENGINEERING COMPANY, INC. BY AND THROUGH REAL PARTY IN
 INTEREST, LIBERTY MUTUAL INSURANCE COMPANY
 v.
 JOMAR INTERNATIONAL, LTD. AND MIXER S.R.L.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |